UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA SUHAN,

        Plaintiff,                   Case No. 5:06-cv-200

v                                   Hon. Gordon J. Quist

LIFEHOUSE RETIREMENT PROPERTIES,
INC., et al,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

        Pending before the court is Plaintiff's Motion for a Protective Order Requiring

that Defendants' Depositions be Taken Prior to Plaintiff's Deposition and Limiting Defendants

to the Presumptive Time Limit of Seven Hours for Plaintiff's Deposition (docket no. 41).  For

the reasons more fully discussed at the hearing held this date, the motion is DENIED.

        IT IS SO ORDERED.


Dated: July 17, 2007              /s/ Hugh W. Brenneman, Jr.
                                 HUGH W. BRENNEMAN, JR.
                                 United States Magistrate Judge